### 9977.  VANDEVENDER v. CITY OF ATLANTA.

PER CURIAM.  In accordance with the rules of law governing this case, as set forth by the Supreme Court in response to questions certified to it by this court (150 *Ga.* 443, 104 S. E. 227), the judgment sustaining a general demurrer and dismissing the case is
        *Reversed.  Jenkins, P. J., and Stephens and Smith, JJ., concur.*
                    DECIDED OCTOBER 19, 1920.

Action for damages; from city court of Atlanta — Judge Reid. June 1, 1918.

In this action the plaintiff sought to recover damages from the City of Atlanta for the destruction of household goods, alleged to have been destroyed by the blowing up of the house in which they were contained, by firemen of the fire department of the city for the purpose of preventing the extension of a conflagration.  It was alleged that a fireman prevented the plaintiff from removing the goods from the house, and there were allegations as to the authority of the fireman.  The allegations are set out in the answer of the Supreme Court to certified questions from this court, 150 *Ga.* 443. That court held, in substance, that, as against a general demurrer, the allegations were sufficient to show authority from the city for the acts of the firemen, and liability of the city, under the provisions of section 1632 of the Civil Code (1910) as to the authority and liability of cities in such cases; and that it was immaterial whether the city, in destroying the property, was exercising a governmental or a ministerial function.

*Pettigrew & Jones,* for plaintiff.
*James L. Mayson, J. M. Wood,* for defendant.